UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>FOR THE USE AND BENEFIT OF )<br>POWER SERVICES INCORPORATED )<br>5800 Woodcliff Road )<br>Bowie, MD 20720, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　**Plaintiff,** )<br>　　　　　　　v. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>**HANOVER INSURANCE GROUP, INC.** )<br>**d/b/a HANOVER INSURANCE COMPANY** )<br>440 Lincoln Street. )<br>Worcester, MA 01653 )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　**Serve:** C.T. Corporation System )<br>　　　　　　　1015 15th Street, N.W. )<br>　　　　　　　Washington, DC 20005 )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　**Defendant.** )<br>　　　　　　　　　　　　　　　　　　　　　) | Civ. Action No.: _____ |

## COMPLAINT

COMES NOW the Plaintiff, the United States of America for the use and benefit of Power Services Incorporated ("Plaintiff") and for its Complaint against Hanover Insurance Group, Inc. d/b/a Hanover Insurance Company alleges as follows:

### Parties

1. Plaintiff, Power Services Incorporated ("Power Services") is a corporation organized and existing under the laws of the state of Maryland, with its principal place of business located in Bowie, Maryland.

2. Defendant, The Hanover Insurance Group, Inc., doing business as Hanover Insurance Company, ("Hanover Insurance") is a business organized and existing under the laws of the Commonwealth of Massachusetts, with its principal place of

business located at 440 Lincoln Street, Worcester, MA 01653.

## Jurisdiction and Venue

3.      This Court has subject matter jurisdiction over this dispute pursuant to 40 U.S.C.A. § 3133(b) and 28 U.S.C § 1332.

4.      Venue is also appropriate in this Court pursuant to 40 U.S.C.A. § 3133 as the project that is the source of this dispute is located in this judicial district.

## Background Facts

5.      Sometime in 2006, Military Personnel Services Corporation ("MPSC") entered into a contract with the United States of America to perform certain construction work on a project located at 1100 Pennsylvania Avenue N.W., 8th Floor, Washington DC, also known as the Old Post Office Pavilion Project ("the Project").

6.      MPSC also entered into a contract with Highland Renovations Corporation ("Highland Renovation") for Highland Renovation to perform a portion of the work on the Project.

7.      On May 11, 2006, Power Services submitted a revised Proposal documenting a negotiated agreement (the "Subcontract") between Power Services and Highland Renovation for Power Services to provide certain electrical work on behalf of Highland Renovation at the Project.

8.      Shortly after receipt of the Subcontract, Highland Renovation directed Power Services to commence performance under the Subcontract, and Power Services started work on the Project on June 1, 2006.

9.       In order to secure its payment obligations on the Project, and as required by the Miller Act, MPSC supplied a payment bond for the Project, bond no. 9000-0045,

issued by Defendant Hanover Insurance.

10. During the course of the Project, Power Services performed certain additional work on the job constituting changes to the Subcontract at the direction and under the supervision of Highland Renovation.

11. Power Services fully and satisfactorily completed all of the work required under its Subcontract, including the additional work constituting changes to its Subcontract that it was directed to perform by Highland Renovation.

12. The total value of Power Services' work on the Project is $205,952.10. This total consists of $166,000.00 for the original Subcontract work and $39,952.10 for the changes to the Subcontract directed by Highland Renovation.

13. To date, Power Services has received payments from Highland Renovation totaling only $53,993.79.

14. Despite proper demand, Highland Renovation has refused to pay Power Services the remaining $151,958.31 it is due in connection with its work on the Project.

15. On December 19, 2006, Power Services provided notice of its claim to MPSC's surety, Hanover Insurance. This notice occurred within ninety days of Power Services' last work on Project.

16. More than 90 days, but less than one year, have now passed since Power Services' last work on the Project.

17. All conditions necessary to bringing this action have been satisfied.

### Count I- Action on Payment Bond

18. Power Services hereby incorporates paragraphs 1-17 as if fully set forth herein.

19. Highland Renovation has failed to make payments due Power Services in connection with Power Services' work on the Project and under the Subcontract in the amount of $151,958.31.

20. Highland Renovation has no legitimate basis for its failure to pay Power Services the amount it is due in connection with its performance on the Project.

21. Power Services is owed $151,958.31 for labor and materials supplied in the prosecution of the work on the Project.

22. As MPSC's Miller Act surety, Defendant Hanover Insurance is liable under its payment bond for the unpaid amounts due Power Services under its Subcontract.

WHEREFORE, Power Services hereby demands judgment against The Hanover Insurance Group, Inc., doing business as Hanover Insurance Company, in the amount of $151,958.31, plus reasonable attorneys' fees, costs, charges, expenses, interest and such further relief as this Court deems appropriate.

### JURY DEMAND

Plaintiff respectfully requests trial by jury.

Respectfully submitted,
QUAGLIANO & SEEGER, P.C.

/s/ Scott C. Hofer
Scott C. Hofer, Esq. (Bar No.: MD27198)
Quagliano & Seeger, P.C.
21355 Ridgetop Circle, Suite 110
Dulles, Va. 20166
Telephone:   (571) 434-7590
Facsimile:   (571) 434-9006
Email:       hofer@quagseeg.com
*Counsel for Plaintiff,*
*Power Services Incorporated*

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| | |
| **(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**<br>**(EXCEPT IN U.S. PLAINTIFF CASES)** | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>**(IN U.S. PLAINTIFF CASES ONLY)**<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)** | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### A. *Antitrust*

☐ 410 Antitrust

### B. *Personal Injury/Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### C. *Administrative Agency Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### E. *General Civil (Other)*     OR     F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| G. *Habeas Corpus/ 2255* | H. *Employment Discrimination* | I. *FOIA/PRIVACY ACT* | J. *Student Loan* |
|---|---|---|---|
| **530 Habeas Corpus-General** **510 Motion/Vacate Sentence** | **442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)** *(If pro se, select this deck)* | **895 Freedom of Information Act** **890 Other Statutory Actions (if Privacy Act)** *(If pro se, select this deck)* | **152 Recovery of Defaulted Student Loans (excluding veterans)** |

| K. *Labor/ERISA (non-employment)* | L. *Other Civil Rights (non-employment)* | M. *Contract* | N. *Three-Judge Court* |
|---|---|---|---|
| **710 Fair Labor Standards Act** **720 Labor/Mgmt. Relations** **730 Labor/Mgmt. Reporting & Disclosure Act** **740 Labor Railway Act** **790 Other Labor Litigation** **791 Empl. Ret. Inc. Security Act** | **441 Voting (if not Voting Rights Act)** **443 Housing/Accommodations** **444 Welfare** **440 Other Civil Rights** **445 American w/Disabilities-Employment** **446 Americans w/Disabilities-Other** | **110 Insurance** **120 Marine** **130 Miller Act** **140 Negotiable Instrument** **150 Recovery of Overpayment & Enforcement of Judgment** **153 Recovery of Overpayment of Veteran's Benefits** **160 Stockholder's Suits** **190 Other Contracts** **195 Contract Product Liability** **196 Franchise** | **441 Civil Rights-Voting (if Voting Rights Act)** |

## V. ORIGIN

1 Original Proceeding    2 Removed from State Court    3 Remanded from Appellate Court    4 Reinstated or Reopened    5 Transferred from another district (specify)    6 Multi district Litigation    7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint **JURY DEMAND:**    **YES**    **NO**

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    **YES**    **NO**    If yes, please complete related case form.

**DATE**    **SIGNATURE OF ATTORNEY OF RECORD**    /s/ Scott C. Hofer

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    **I.**    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    **III.**    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

    **IV.**    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

    **VI.**    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    **VIII.**    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.