**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>**FOR THE USE AND BENEFIT OF** )<br>**POWER SERVICES INCORPORATED** )<br>)<br>**Plaintiff,** )<br>)<br>v. ) **Case No.: 1:07-cv-00304-RWR**<br>)<br>**HANOVER INSURANCE GROUP, INC.** )<br>**d/b/a HANOVER INSURANCE COMPANY** )<br>)<br>**Defendant.** )<br>_____) | |

## STIPULATION/LINE RE MOTION TO INTERVENE

The Defendant, Hanover Insurance Group, Inc. ("Hanover"), by counsel, hereby represents that counsel for all parties have agreed that the interests of judicial economy would best be served if the Motion to Intervene, filed by Military Personnel Services Corporation ("Movant"), were set for hearing before the Honorable Deborah A. Robinson on June 11, 2007, at 2:00 pm, in lieu of the currently scheduled status conference. Counsel for the Movant and Counsel for Plaintiff have agreed with this request.

WHEREFORE Hanover Insurance Group, Inc. respectfully requests that the pending Motion to Intervene be set for hearing before the Honorable Deborah A. Robinson on June 11, 2007, at 2:00 pm, in lieu of the currently scheduled status conference.

          Respectfully submitted,

          Hanover Insurance Group, Inc.

          By Counsel

\_/s/ Dawn C. Stewart_____
Dawn C. Stewart (DC Bar No. 458555)
STEWART & HENRY, PLLC
1050 Connecticut Ave., N.W.
Suite 1000
Washington, D.C. 20036
Telephone:     (202) 772-1080
Facsimile:     (202) 521-0616
e-mail:        dstewart@stewarthenrylaw.com
*Counsel for Hanover Insurance Group, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy was sent by U.S. Mail, postage prepaid and/or electronically this 30th day of May 2007 to:

        Scott C. Hofer, Esq.
        Quagliano & Seeger, P.C.
        21355 Ridgetop Circle; Suite 110
        Dulles, VA 20166
        *Counsel for Plaintiff*

        Niccolo N. Donzella, Esq.
        BAXTER, BAKER, SIDLE, CONN & JONES, PA
        120 East Baltimore Street
        Suite 2100
        Baltimore, MD 21202-1615
        Email: nnd@bbsclaw.com
        C*ounsel for M*ovant

          \_\_/s/ Dawn C. Stewart\_\_\_\_
             Dawn C. Stewart