UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>FOR THE USE AND BENEFIT OF )<br>POWER SERVICES INCORPORATED )<br>    )<br>Plaintiff,        )<br>    )<br>v.        )<br>    )<br>HANOVER INSURANCE GROUP, INC.  )<br>d/b/a HANOVER INSURANCE COMPANY )<br>    )<br>Defendant.        )<br>    ) | Civ. Action No.: 1:07CV00304-RWR-DAR |

MOTION FOR THE ADMISSION PRO HAC VICE
OF BRYANT S. BANES TO APPEAR IN THIS MATTER

COMES NOW, Niccolo N. Donzella, a member of the Bar of this Court and presents this Motion for the Admission Pro Hac Vice of Bryant S. Banes to appear in this matter in open court. In support of this motion attached hereto and made a part hereof as if fully set forth herein is the declaration of Bryant S. Banes made pursuant to LCvR 83(d).

WHEREFORE, the movant respectfully requests that this motion be granted and Bryant S. Banes be admitted to appear in open court in the above referenced matter pro hac vice.

Respectfully submitted,

Attorney of Record

DC Bar No. 424054, Fed. Bar No. 09320

/s/
Signature

Niccolo N. Donzella
Print Name

120 East Baltimore Street, Suite 2100
Address

Baltimore, Maryland    21202
City      State        Zip Code

(410) 230-3800
Phone Number

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>FOR THE USE AND BENEFIT OF )<br>POWER SERVICES INCORPORATED )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HANOVER INSURANCE GROUP, INC. )<br>d/b/a HANOVER INSURANCE COMPANY )<br>)<br>Defendant. )<br>) | Civ. Action No.: 1:07CV00304-RWR-DAR |

## DECLARATION OF BRYANT S. BANES

This Declaration is made pursuant to LCvR 83(d) and is made in support of the Motion for the Admission Pro Hac Vice of Bryant S. Banes to Appear in this Matter and for such declaration states as follows:

1. The full name of the attorney seeking admission pro hac vice is:

Bryant S. Banes.

2. The office address and telephone number of the attorney seeking admission pro hac vice is:

Neel, Hooper & Banes, P.C.
1700 West Loop South, Suite 1400
Houston, Texas 77027
(713) 629-1800
(713) 629-1812 (Fax)

2

3. The attorney seeking admission pro hac vice has been admitted to the following bars:

> State Bar of Texas
> State Bar of Louisiana
> U.S. Supreme CourtU.S. Court of Appeals, Federal CircuitU.S. Court of Appeals, Fifth Circuit U.S. Court of Appeals, Veterans ClaimsU.S. Court of Appeals, Armed ForcesU.S. Court of Federal ClaimsU.S. Court of International TradeU.S. District Courts, Southern & Western Districts of Texas, ColoradoTexas and Louisiana Supreme Courts

4. The attorney seeking admission pro hac vice certifies that he has not been disciplined by any bar.

5. The attorney seeking admission pro hac vice has not been admitted pro hac vice in this Court within the last two years.

6. The attorney seeking admission pro hac vice does not engage in the practice of law from an office located in the District of Columbia.

Respectfully submitted,

Bryant S. Banes
State Bar No. 24035950
Federal I.D. No. 31149
1700 West Loop South, Suite 1400
Houston, Texas 77027
(713) 629-1800
(713) 629-1812 (Fax)

Of Counsel:

NEEL, HOOPER & BANES, P.C.
Houston, Texas

4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>**FOR THE USE AND BENEFIT OF** )<br>**POWER SERVICES INCORPORATED** )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　**Plaintiff,** 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　**v.** 　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>**HANOVER INSURANCE GROUP, INC.** )<br>**d/b/a HANOVER INSURANCE COMPANY** )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　**Defendant.** 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　) | Civ. Action No.: 1:07CV00304-RWR-DAR |

## ORDER

Upon consideration of Attorney Niccolò N. Donzella's Motion For Admission *Pro Hac Vice* and Attorney Bryant S. Banes' Application for Admission *Pro Hac Vice*, it is hereby ORDERED that the application is granted as of the date of this Order.

Dated: _____

　　　　　　　　　　　　　　　　　　　Deborah A. Robinson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies to:

Niccolò N. Donzella, Esq.
Baxter, Baker, Sidle, Conn & Jones
120 East Baltimore Street, Suite 2100
Baltimore, Maryland 22102

Bryant S. Banes, Esq.
Neel, Hooper & Banes, P.C.
1700 West Loop South, Suite 1400
Houston, Texas 77027

Scott C. Hofer, Esq.
Quagliano & Seeger, P.C.
21355 Ridgetop Circle, Suite 110
Dulles, VA  20166

Dawn C. Stewart
Stewart & Henry, PLLC
1050 Connecticut Ave., N.W.
Suite 1000
Washington, DC  20036