UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>POWER SERVICES INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>HANOVER INSURANCE COMPANY<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. Action No.: 1:07-CV-00304<br>)<br>)<br>)<br>) |

## MOTION TO APPEAR *PRO HAC VICE*

COMES NOW, Abiye Tibebe, a member of the Bar of this Court and presents this Motion to Appear *Pro Hac Vice* for Fred A. Mendicino to appear in this matter in open court. In support of this motion attached hereto and made a part hereof as if fully set forth herein is the declaration of Fred A. Mendicino made pursuant to LCvR 83(d).

WHEREFORE, the movant respectfully request that this motion be granted and that Fred A. Mendicino be admitted to appear in open court in the above referenced matter *pro hac vice*.

Dated:  June 7, 2007

POWER SERVICES INCORPORATED
By Counsel

_____/s/ Abiye Tibebe_____
Abiye Tibebe
Quagliano & Seeger, P.C.
21355 Ridgetop Circle, Suite 110
Dulles, Va. 20166
Telephone:   (571) 434-7590
Facsimile:    (571) 434-9006
Email:
*Counsel for Plaintiff, Power Services Incorporated*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2007, a true and correct copy of the foregoing Motion to Appear Pro Hac Vice and all attached submissions were mailed first-class, postage prepaid to:

> Dawn C. Stewart
> Stewart & Henry, PLLC
> 1005 Connecticut Avenue, N.W.
> Suite 1000
> Washington, D.C. 20036

                                         /s/ Abiye Tibebe

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>FOR THE USE AND BENEFIT OF )<br>POWER SERVICES INCORPORATED )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HANOVER INSURANCE COMPANY )<br>Defendant. )<br>) | Civ. Action No.: 1:07-CV-00304 |

### DECLARATION OF FRED A. MENDICINO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, FRED A. MENDICINO, declare that I have read and understand the requirements of Local Rule 83.2(d), and certify that the following information is correct:

1. Name: Fred A. Mendicino.

2. Office Address and Contact Information:

    Quagliano & Seeger, P.C.
    21355 Ridgetop Circle, Suite 110
    Dulles, Va. 20166
    Telephone:   (571) 434-7590
    Facsimile:    (571) 434-9006
    Email: mendicino@quagseeg.com

3. Bar Admission Information:

    (a) State Bar Admission:        Commonwealth of Virginia

    (b) Federal Bar Admissions:
    - United States District Court for the Eastern District of Virginia
    - United States District Court for the Western District of Virginia
    - United States Court of Federal Claims
    - United States Court of Appeal for the Third

        Circuit
- United States Court of Appeal for the Fourth Circuit
- United States Court of Appeal for the Federal Circuit

4.     I certify that I have not been disciplined by any bar.

5.     I have not been admitted *pro hac vice* to this Court within the last two years.

6.     I do not engage in the practice of law from an office located in the District of Columbia.

7.     I am not a member of the District of Columbia Bar and I do not have an application for membership pending.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

EXECUTED in Dulles, Virginia this 4th day of June, 2007.

_____
Fred A. Mendicino

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>POWER SERVICES INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>HANOVER INSURANCE COMPANY<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. Action No.: 1:07-CV-00304<br>)<br>)<br>)<br>) |

## ORDER

### FOR *PRO HAC VICE* APPEARANCE OF FRED A. MENDICINO

Upon consideration of Fred A. Mendicino's Motion to Appear *Pro Hac Vice*, it is this

_____ day of _____, 2007 hereby

**ORDERED** that Fred A. Mendicino's Motion to Appear *Pro Hac Vice* is **GRANTED**.

DATED:

_____
UNITED STATES DISTRICT COURT JUDGE