UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>POWER SERVICES INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>HANOVER INSURANCE COMPANY<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. Action No.: 1:07-CV-00304<br>)<br>)<br>)<br>) |

**CERTIFICATE REGARDING DISCOVERY**

I.    <u>Type of discovery material</u>:

- Power Services Incorporated's First Request for Production of Documents to Hanover Insurance Company
- Power Services Incorporated's First Interrogatories to Hanover Insurance Company

II.    <u>Date and manner served</u>:

May 30, 2007, by facsimile and mailed first-class, postage prepaid.

III.    <u>Person or Party served</u>:

Dawn C. Stewart
Stewart & Henry, PLLC
1005 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
***Counsel for Hanover Insurance Company***

I will retain the original of these documents in my possession without alteration, until the case is concluded in this Court.

Respectfully submitted,

/s/ Scott C. Hofer
Scott C. Hofer (Bar # MD27198)
Quagliano & Seeger, P.C.
21355 Ridgetop Circle, Suite 110
Dulles, Va. 20166
Telephone:     (571) 434-7590
Facsimile:     (571) 434-9006
Email: hofer@quagseeg.com
*Counsel for Plaintiff,*
*Power Services Incorporated*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2007, a true and correct copy of the foregoing CERTIFICATE REGARDING DISCOVERY was sent via facsimile and mailed first-class, postage prepaid to:

>Dawn C. Stewart
>Stewart & Henry, PLLC
>1005 Connecticut Avenue, N.W.
>Suite 1000
>Washington, D.C. 20036

>/s/ Scott C. Hofer_____
>Scott C. Hofer