UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>FOR THE USE AND BENEFIT OF )<br>POWER SERVICES INCORPORATED )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HANOVER INSURANCE COMPANY )<br>Defendant. )<br>) | Civ. Action No.: 1:07-CV-00304 |

**PRAECIPE REGARDING CERTIFICATE OF
DISCOVERY FILED ON JUNE 25, 2007**

Plaintiff Power Services Incorporated ("PWI"), by and through undersigned counsel, hereby amends Section I of the Certificate of Discovery filed on June 25, 2007 regarding a June 20, 2007 service of Power Services Incorporated's Second Set of Interrogatories to Hanover Insurance Company to state:

I.  Type of discovery material:

- Power Services Incorporated's Second Set of Request for Production of Documents to Hanover Insurance Company.

Dated:   June 29, 2007

Respectfully submitted,

/s/ Scott C. Hofer
Scott C. Hofer (Bar # MD27198)
Quagliano & Seeger, P.C.
21355 Ridgetop Circle, Suite 110
Dulles, Va. 20166
Telephone:   (571) 434-7590
Facsimile:    (571) 434-9006
Email: hofer@quagseeg.com
*Counsel for Plaintiff,*
   *Power Services Incorporated*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2007, a true and correct copy of the foregoing PRAECIPE REGARDING CERTIFICATE OF DISCOVERY FILED ON JUNE 25, 2007 was sent via facsimile and mailed first-class, postage prepaid to:

> Dawn C. Stewart
> Stewart & Henry, PLLC
> 1005 Connecticut Avenue, N.W.
> Suite 1000
> Washington, D.C. 20036

>> /s/ Scott C. Hofer_____
>> Scott C. Hofer