UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>POWER SERVICES INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>HANOVER INSURANCE COMPANY<br>Defendant. | Civ. Action No.: 1:07-CV-00304 |

NOTICE OF APPEARANCE OF COUNSEL FOR POWER
SERVICES INCORPORATED

PLEASE TAKE NOTICE that, pursuant to Rule 83.6 of the Local Rules of the United States District Court for the District of Columbia, Mr. Abiye Tibebe, Esq. hereby enters his appearance in the above-captioned proceeding as co-counsel for Plaintiff Power Services Incorporated. All notices given or required to be given in this proceeding by the Court or by any party to this proceeding, as well as all other papers, are requested to be served upon the following:

Abiye Tibebe (D.C. # 502484)
Quagliano & Seeger, P.C.
21355 Ridgetop Circle, Suite 110
Dulles, Va. 20166
Telephone:   (571) 434-7590
Facsimile:   (571) 434-9006
Email: atibebe@quagseeg.com

DATED: August 3, 2007	Respectfully submitted,

**QUAGLIANO & SEEGER, P.C.**

*/s/ Abiye Tibebe*_____
Abiye Tibebe (D.C. # 502484)
Quagliano & Seeger, P.C.
21355 Ridgetop Circle, Suite 110
Dulles, Va. 20166
Telephone:	(571) 434-7590
Facsimile:	(571) 434-9006
Email: atibebe@quagseeg.com
***Counsel for Plaintiff***
***Power Services Incorporated***

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR POWER SERVICES INCORPORATED was delivered on August 3, 2007, by electronic filing, to:

>Dawn C. Stewart
>Stewart & Henry, PLLC
>1005 Connecticut Avenue, N.W.
>Suite 1000
>Washington, D.C. 20036

/s/ Abiye Tibebe

3