UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                            )
                                                            )
**UNITED STATES OF AMERICA**            )
**FOR THE USE AND BENEFIT OF**         )
**POWER SERVICES INCORPORATED** )
                                                            )
                    **Plaintiff,**          )
                                                            )
**v.**                                                 )        Civ. Action No.: 1:07-CV-00304
                                                            )
**HANOVER INSURANCE COMPANY**   )
                    **Defendant.**        )
_____)


NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL FOR
PLAINTIFF POWER SERVICES, INCORPORATED

    PLEASE TAKE NOTICE that the undersigned hereby withdraws his appearance in the above-captioned proceeding as counsel for Plaintiff Power Services, Incorporated.

                      Scott C. Hofer, Esquire
                      44112 Tippecanoe Terrace
                      Ashburn, VA  20147
                      (703) 861-8449

Abiye Tibebe and Fred A. Mendicino of Quagliano & Seeger, P.C. will remain as counsel of record for Plaintiff.

**Dated**: August 6, 2007

                      Respectfully submitted,


                      /s/ Scott C. Hofer_____
                      Scott C. Hofer (Bar # MD27198)
                      44112 Tippecanoe Terrace
                      Ashburn, VA  20147
                      (703) 861-8449

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2007, a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE was sent via electronic service to:

> Dawn C. Stewart
> Stewart & Henry, PLLC
> 1005 Connecticut Avenue, N.W.
> Suite 1000
> Washington, D.C. 20036
>
> Abiye Tibebe
> Quagliano & Seeger, P.C.
> 21355 Ridgetop Cir., Suite 110
> Dulles, Virginia 20166

                 /s/ Scott C. Hofer_____
                 Scott C. Hofer