UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>POWER SERVICES INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>HANOVER INSURANCE COMPANY<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. Action No.: 1:07-CV-00304<br>)<br>)<br>)<br>) |

**CERTIFICATE REGARDING DISCOVERY**

I.  Type of discovery material:

- Power Services Incorporated's First Request for Admissions to Hanover Insurance Company
- Power Services Incorporated's Second Set of Interrogatories to Hanover Insurance Company

II.  Date and manner served:

September 14, 2007, by facsimile and mailed first-class, postage prepaid.

III.  Person or Party served:

Dawn C. Stewart
Stewart & Henry, PLLC
1005 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
*Counsel for Hanover Insurance Company*

I will retain the original of these documents in my possession without alteration, until the case is concluded in this Court.

        Respectfully submitted,

        /s/ Abiye Tibebe_____
        Abiye Tibebe (Bar # 502484)
        Quagliano & Seeger, P.C.
        21355 Ridgetop Circle, Suite 110
        Dulles, Va. 20166
        Telephone:    (571) 434-7590
        Facsimile:    (571) 434-9006
        Email: atibebe@quagseeg.com
        *Counsel for Plaintiff,*
        *Power Services Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, a true and correct copy of the foregoing CERTIFICATE REGARDING DISCOVERY was sent via electronic service to:

>Dawn C. Stewart
>Stewart & Henry, PLLC
>1005 Connecticut Avenue, N.W.
>Suite 1000
>Washington, D.C. 20036

>/s/ Abiye Tibebe_____
>Abiye Tibebe