UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> FOR THE USE AND BENEFIT OF ) <br> POWER SERVICES INCORPORATED ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> HANOVER INSURANCE COMPANY ) <br> Defendant. ) | Civ. Action No.: 1:07-CV-00304 |

**JOINT PRETRIAL STATEMENT**

Plaintiff, the United States of America for the use and benefit of Power Services Incorporated (hereinafter "Plaintiff" or "PSI") and Defendant Hanover Insurance Company (hereinafter "Defendant" or "Hanover"), by undersigned counsel and pursuant to the Local Civil Rules 16.5 of the United States District Court for the District of Columbia, state as follow:

A.  **Local Civil Rules 16(b)(1)(i) - Statement of the Case:**

Plaintiff, Power Services Incorporated ("Power Services") is a corporation organized and existing under the laws of the state of Virginia, with its principal place of business located in Fairfax, Virginia.  Defendant, Hanover Insurance Company, also doing business as The Hanover Insurance Group, Inc., ("Hanover Insurance") is a business organized and existing under the laws of the Commonwealth of Massachusetts, with its principal place of business located at 440 Lincoln Street, Worcester, MA 01653.  This litigation is a claim for non-payment brought by Power Services against Hanover Insurance, in Hanover Insurance's capacity as surety pursuant to the Miller Act for the Military Personnel Services Corp.'s project located at ACHP 1100 PA.

Avenue N.W., 8th Floor, Washington DC, also known as the Old Post Office Pavilion Project ("the Project").

This Court has subject matter jurisdiction over this dispute pursuant to 40 U.S.C.A. § 3133(b) and 28 U.S.C § 1332. Venue is also appropriate in this Court pursuant to 40 U.S.C.A. § 3133 as the project that is the source of this dispute is located in this judicial district.

**B.     Local Civil Rules 16(b)(1)(ii) – Power Services Incorporated's Claim:**

After a few months of negotiations, on May 11, 2006, Plaintiff, Power Services and general contractor Highland, agreed to a subcontract under which Power Services would provide certain electrical materials and services at the Project ("Subcontract"). Pursuant to the Miller Act, Defendant, Hanover Insurance Company ("Hanover Insurance") provided Payment Bond No. 9000-0045 to secure general contractor Military Personnel Services Corp.'s payment obligations on the Project.

Power Services started work on the Project on June 1, 2006. During the course of the Project, Power Services performed the required Subcontract work, as well as certain additional change order work at the direction and supervision of Highland. The total value of Power Services' work on the Project is $205,952.10, consisting of $166,000.00 for the original Subcontract work and a total of $39,952.10 for the change order work directed by Highland. As of February 8, 2007, Highland had made payments to Power Services totaling $53,993.79, leaving an outstanding amount of $151,958.31. Accordingly, Power Services brought a suit against the surety Hanover Insurance for payment of the outstanding amount. During this litigation, Hanover concluded that $113,017.00 of PSI's claim was valid. Accordingly, on August 22, 2007, Hanover Insurance made payments to Power Services for $113,017.00. Thus, $38,941.31 remains outstanding.

C.    **Local Civil Rules 16(b)(1)(iii) – Hanover Insurance Company's Defenses:**

The Change Orders for which PSI seeks compensation were never approved by MPSC, and have been rejected by the owner of the project – the General Services Administration. PSI has failed to demonstrate that the work for which they seek compensation was satisfactorily performed. Moreover, PSI submitted false claims to the government by certifying that it was complying with all federal wage requirements when, in fact, PSI was not in compliance. Therefore, PSI's request for additional funds for wages must be rejected.

D.    **Local Civil Rules 16(b)(1)(iv) – Schedule of Witnesses:**

1.    *Power Services Incorporated's Schedule of Witnesses:*

Albert E. Winfield, III, Power Services Incorporated, 5800 Woodcliff Road, Suite 108, Bowie, MD 20720, will testify for no more than four hours regarding the work performed by and payments made to Power Services concerning the Project.

David C. Caporaletti, Power Services Incorporated, 5800 Woodcliff Road, Suite 108, Bowie, MD 20720, will testify for no more than four hours regarding the work performed by and payments made to Power Services concerning the Project.

Linda Coale, Power Services Incorporated, 5800 Woodcliff Road, Suite 108, Bowie, MD 20720, will testify for no more than four hours regarding the work performed by and payments made to Power Services concerning the Project.

Robert L. Harper, Highland Renovation Corp, 6705 Kelly Road, Warrenton, VA 20187 and/or P.O. Box 3088 Oakton, VA 22124 may be called to testify if the need arises. Mr. Harper will testify for no more than two hours.

Robert Johnston, Military Personnel Services Corp., 60509B Arlington Blvd., Falls Church, VA 22044 may be called to testify if the need arises. Mr. Johnston will testify for no more than two hours.

John L. Jones, Military Personnel Services Corp., 6066 Leesburg Pike, Falls Church, VA 22041 may be called to testify if the need arises. Mr. Jones will testify for no more than two hours.

Walter Mills, U.S. General services Administration, 301 7th Street SW, Washington, DC 20407, may be called to testify if the need arises. Mr. Mills will testify for no more than two hours.

John A. McDevitt, Hanover Insurance Company, 440 Lincoln Street, Worcester, MA 01653 may be called to testify if the need arises. Mr. McDevitt will testify for no more than two hours.

Power Services reserves the right to call to testify at trial any other witness not listed above if the need arises.

    *2.*    *Hanover Insurance Company's Schedule of Witnesses:*

1.     Mr. John L. Jones
   President
   MPSC
   Mr. Jones can be reached through his counsel,
   Bryant S. Banes
   Neel, Hooper, & Banes, P.C.
   1700 West Loop South, Suite 1400
   Houston, TX 77027-3008
   (713) 629-1800

   (Information regarding the project at issue, the parties involved, and Power Services alleged claim for work and materials provided to that project.)

2.  Mr. Rob Johnston
    MPSC
    Mr. Johnston can be reached through MPSC's counsel,
    Bryant S. Banes
    Neel, Hooper, & Banes, P.C.
    1700 West Loop South, Suite 1400
    Houston, TX 77027-3008
    (713) 629-1800

    (Information regarding the project at issue, the parties involved, and Power Services alleged claim for work and materials provided to that project, Davis-Bacon wage issues.)

3.  Mr. John McDevitt
    Bond Claim Counsel
    Hanover Insurance Group
    Mr. McDevitt can be reached through Hanover's counsel of record,
    Dawn C. Stewart
    Stewart & Henry, PLLC
    1050 Connecticut Ave., NW
    Tenth Floor
    Washington, D.C. 20036
    (202) 772-1080 (phone)

    (Information regarding the bond at issue.)

4.  Robert L. Harper
    President
    Highland Renovation Corporation
    P.O. Box 3088
    Oakton, VA. 22124
    (703) 790-5323

    (Information regarding the project at issue and the parties involved.)

5.  Walter Mills
    GSA Project Manager
    General Services Administration
    Triangle Service Center—WPZ
    Regional Office Building
    Room 7720
    7th and D Streets SW
    Washington, D.C. 20407
    Phone: (202) 401-8436
    Fax: (202) 401-4872

        (Information regarding the project at issue and the parties involved.)

6.     Glenn Thomas
       GSA Building Manager
       General Services Administration
       Triangle Service Center—WPZ
       Regional Office Building
       Room 7720
       7th and D Streets SW
       Washington, D.C.  20407
       Phone: (202) 401-7181

       (Information regarding the project at issue and the parties involved.)

7.     Patrick Medlin
       GSA Operations Manager
       General Services Administration
       Triangle Service Center—WPZ
       Old Post Office Pavillion
       1100 Pennsylvania Ave., NW
       Room M14
       Washington, D.C.  20004
       Phone: (202) 219-7221

       (Information regarding the project at issue and the parties involved.)

8.     Andrew N. Felice, Esq.
       Katz & Stone, L.L.P.
       8230 Leesburg Pike, Suite 600
       Vienna, VA.  22182-2641
       Phone:  (703) 761-3000

       (Counsel for Highland Renovation Corporation.  Information regarding the project at issue and the parties involved.)

9.     Linda Coale
       Power Services, Inc.
       5800 Woodcliff Road
       Suite 108
       Bowie, MD.  20720
       (301) 390-0800

       (Information regarding Power Services, Inc.'s claims as well as non-approved change orders.)

10. James Dunn, Jr.
    Vice President
    Power Services, Inc.
    5800 Woodcliff Road
    Suite 108
    Bowie, MD. 20720
    (301) 390-0800

    (Information regarding Power Services, Inc.'s claims as well as non-approved change orders.)

11. David C. Caporaletti
    Estimator/Project Manager
    Power Services, Inc.
    5800 Woodcliff Road
    Suite 108
    Bowie, MD. 20720
    (240) 544-1349

    (Information regarding Power Services, Inc.'s claims as well as non-approved change orders.)

12. 12.    Albert E. Winfield, III
    President
    Power Services, Inc.
    5800 Woodcliff Road
    Suite 108
    Bowie, MD. 20720
    (301) 390-0800

    (Information regarding Power Services, Inc.'s claims as well as non-approved change orders.)

13. Jerome Lofton
    General Services Administration
    Address and phone number unknown

    (Nature of information unknown.)

D.  **Local Civil Rules 16(b)(1)(v) – List of exhibit to be offered into evidence:**

   *1.    Power Services Incorporated's Exhibit List:*

   Exhibit 1 -   Power Services Inc, PCO #1                7/18/2006
   Exhibit 2 -   Power Services Inc, PCO #2                7/18/2006

| | | | |
|---|---|---|---|
| Exhibit 3 - | Power Services Inc, PCO #3 | | 7/18/2006 |
| Exhibit 4 - | Power Services Inc, PCO #5 | | 7/26/2006 |
| Exhibit 5 - | Power Services Inc, PCO #6 | | 7/28/2006 |
| Exhibit 6 - | Power Services Inc, PCO #7 | | 7/28/2006 |
| Exhibit 7 - | Power Services Inc, PCO #8 | | 7/28/2006 |
| Exhibit 8 - | Power Services Inc, PCO #9 | | 9/6/2006 |
| Exhibit 9 - | Power Services Inc, PCO #10 | | 9/6/2006 |
| Exhibit 10 - | Power Services Inc, PCO #11 | | 9/22/2006 |
| Exhibit 11 - | Power Services Inc, PCO #12 | | 9/27/2007 |
| Exhibit 12 - | Power Services Inc, PCO #13 | | 10/10/2006 |
| Exhibit 13 - | Power Services Inc, PCO #14 | | 10/12/2006 |
| Exhibit 14 - | Power Services Inc, PCO #15 | | 10/30/2006 |
| Exhibit 15 - | Power Services Inc, PCO #16 | | 10/30/2006 |
| Exhibit 16 - | Power Services Inc, PCO #17 | | 11/6/2006 |
| Exhibit 17 - | Power Services Inc, PCO #18 | | 11/6/2006 |
| Exhibit 18 - | Power Services Inc, Certified Payroll Report | | 11/2/2006 |
| Exhibit 19 - | Power Services Inc A/R Query Report | | 1/10/2007 |
| Exhibit 20 - | Power Services Inc letter to Hanover Insurance | | 1/10/2007 |
| Exhibit 21 - | Power Services Inc Invoice 15662 | | 6/14/2006 |
| Exhibit 22 - | Power Services Inc Invoice 15973 | | 7/18/2006 |
| Exhibit 23 - | Power Services Inc Invoice 16257 | | 8/17/2006 |
| Exhibit 24 - | Power Services Inc Invoice 16593 | | 9/14/2006 |
| Exhibit 25 - | Power Services Inc Invoice 16948 | | 10/15/2006 |
| Exhibit 26 - | Power Services Inc Invoice 17367 | | 11/21/2006 |
| Exhibit 27 - | Power Services Inc Invoice 17368 | | 11/21/2006 |
| Exhibit 28 - | Hanover Insurance letter to Highland | | 1/10/2007 |
| Exhibit 29 - | Hanover Insurance letter to MPSC | | 1/10/2007 |
| Exhibit 30 - | Highland letter to Hanover Insurance | | 1/8/2007 |
| Exhibit 31 - | Agreement of Indemnity | | 11/19/2004 |
| Exhibit 32 - | Performance and Payment Bond, MPSC | | 7/27/2006 |
| Exhibit 33 - | MPSC letter to Power Services Inc. | | 1/12/2007 |
| Exhibit 34 - | Subcontract | | 5/11/06 |
| Exhibit 35 - | Walter Mills email to Linda Coale | | 11/20/2006 |
| Exhibit 35 - | Dave Caporaletti email to Robert Harper | | 7/27/2006 |
| Exhibit 36 - | Rob Johnston email to Linda Coale | | 11/20/2006 |
| Exhibit 37 - | Power Services Inc letter to Hanover Insurance | | 12/19/2006 |

Power Services Incorporated reserves the right to offer and/or introduce at trial additional exhibits not listed above.

*2.    Hanover Insurance Company's Exhibit List:*

| | | | |
|---|---|---|---|
| Exhibit 1 - | Power Services Inc, PCO #1 | | 7/18/2006 |
| Exhibit 2 - | Power Services Inc, PCO #2 | | 7/18/2006 |

| Exhibit | Description | Date |
|---|---|---|
| Exhibit 3 - | Power Services Inc, PCO #3 | 7/18/2006 |
| Exhibit 4 - | Power Services Inc, PCO #5 | 7/26/2006 |
| Exhibit 5 - | Power Services Inc, PCO #6 | 7/28/2006 |
| Exhibit 6 - | Power Services Inc, PCO #7 | 7/28/2006 |
| Exhibit 7 - | Power Services Inc, PCO #8 | 7/28/2006 |
| Exhibit 8 - | Power Services Inc, PCO #9 | 9/6/2006 |
| Exhibit 9 - | Power Services Inc, PCO #10 | 9/6/2006 |
| Exhibit 10 - | Power Services Inc, PCO #11 | 9/22/2006 |
| Exhibit 11 - | Power Services Inc, PCO #12 | 9/27/2007 |
| Exhibit 12 - | Power Services Inc, PCO #13 | 10/10/2006 |
| Exhibit 13 - | Power Services Inc, PCO #14 | 10/12/2006 |
| Exhibit 14 - | Power Services Inc, PCO #15 | 10/30/2006 |
| Exhibit 15 - | Power Services Inc, PCO #16 | 10/30/2006 |
| Exhibit 16 - | Power Services Inc, PCO #17 | 11/6/2006 |
| Exhibit 17 - | Power Services Inc, PCO #18 | 11/6/2006 |
| Exhibit 18 - | Power Services Inc, Certified Payroll Report | 11/2/2006 |
| Exhibit 19 - | Power Services Inc A/R Query Report | 1/10/2007 |
| Exhibit 20 - | Power Services Inc letter to Hanover Insurance | 1/10/2007 |
| Exhibit 21 - | Power Services Inc Invoice 15662 | 6/14/2006 |
| Exhibit 22 - | Power Services Inc Invoice 15973 | 7/18/2006 |
| Exhibit 23 - | Power Services Inc Invoice 16257 | 8/17/2006 |
| Exhibit 24 - | Power Services Inc Invoice 16593 | 9/14/2006 |
| Exhibit 25 - | Power Services Inc Invoice 16948 | 10/15/2006 |
| Exhibit 26 - | Power Services Inc Invoice 17367 | 11/21/2006 |
| Exhibit 27 - | Power Services Inc Invoice 17368 | 11/21/2006 |
| Exhibit 28 - | Hanover Insurance letter to Highland | 1/10/2007 |
| Exhibit 29 - | Hanover Insurance letter to MPSC | 1/10/2007 |
| Exhibit 30 - | Highland letter to Hanover Insurance | 1/8/2007 |
| Exhibit 31 - | Agreement of Indemnity | 11/19/2004 |
| Exhibit 32 - | Performance and Payment Bond, MPSC | 7/27/2006 |
| Exhibit 33 - | MPSC letter to Power Services Inc. | 1/12/2007 |
| Exhibit 34 - | Subcontract | 5/11/06 |
| Exhibit 35 - | Walter Mills email to Linda Coale | 11/20/2006 |
| Exhibit 35 - | Dave Caporaletti email to Robert Harper | 7/27/2006 |
| Exhibit 36 - | Rob Johnston email to Linda Coale | 11/20/2006 |
| Exhibit 37 - | Power Services Inc letter to Hanover Insurance | 12/19/2006 |
| Exhibit 38 | Various communications between GSA and MPSC or Highland | Various |
| Exhibit 39 | Various communications between Highland and MPSC, Hanover and/or PSI | Various |
| Exhibit 40 - | Teaming Agreement | 6/20/2006 |
| Exhibit 41 - | Highland RFPs | Various |
| Exhibit 42 - | Highland Change Orders | Various |

Hanover reserves the right to offer and/or introduce at trial additional exhibits not listed above.

  **E.**  <u>**Local Civil Rules 16(b)(1)(vi)**</u> – **Designation of depositions:**

Power Services Inc. makes no designation of deposition testimony. Hanover makes no designation of deposition testimony.

  **F.**  <u>**Local Civil Rules 16(b)(1)(vii)**</u> – **Itemization of damages:**

    *1.*  *Power Services Incorporated's Itemized damages:*

| | | |
|---|---|---:|
| Exhibit 1 - | Power Services Inc, PCO #1 | $6,336.00 |
| Exhibit 2 - | Power Services Inc, PCO #2 | $3,800.00 |
| Exhibit 3 - | Power Services Inc, PCO #3 | $2,200.00 |
| Exhibit 4 - | Power Services Inc, PCO #5 | $1,275.00 |
| Exhibit 5 - | Power Services Inc, PCO #6 | $4,850.00 |
| Exhibit 6 - | Power Services Inc, PCO #7 | $2,800.00 |
| Exhibit 7 - | Power Services Inc, PCO #8 | $10,900.00 |
| Exhibit 8 - | Power Services Inc, PCO #9 | $1,295.00 |
| Exhibit 9 - | Power Services Inc, PCO #10 | $1,595.00 |
| Exhibit 10 - | Power Services Inc, PCO #11 | $2,310.00 |
| Exhibit 11 - | Power Services Inc, PCO #12 | $1,650.00 |
| Exhibit 12 - | Power Services Inc, PCO #13 | $881.26 |
| Exhibit 13 - | Power Services Inc, PCO #14 | $342.79 |
| Exhibit 14 - | Power Services Inc, PCO #15 | $670.80 |
| Exhibit 15 - | Power Services Inc, PCO #16 | $281.25 |
| Exhibit 16 - | Power Services Inc, PCO #17 | $300.00 |
| Exhibit 17 - | Power Services Inc, PCO #18 | $365.00 |

    *2.*  *Hanover Insurance Company's Itemized damages:*

Not applicable.

  **G.**  <u>**Local Civil Rules 16(b)(1)(vi)**</u> – **Request for other relief:**

Power Services hereby demands judgment against Hanover Insurance Company for attorneys' fees, costs, charges, expenses, interest and such further relief as this Court deems appropriate.

Date: October 8, 2007                                             Respectfully submitted,

/s/ Abiye Tibebe_____
Abiye Tibebe (Bar # 502484)
Quagliano & Seeger, P.C.
21355 Ridgetop Circle, Suite 110
Dulles, Va. 20166
Telephone:   (571) 434-7590
Facsimile:    (571) 434-9006
Email: atibebe@quagseeg.com
*Counsel for Plaintiff,*


/s/ Dawn C. Stewart_____
Dawn C. Stewart (DC Bar No. 458555)
Stewart & Henry, PLLC
1005 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
Telephone:   (202) 772-1080
Facsimile:    (202) 521-0616
Email: atibebe@quagseeg.com
*Counsel for Defendant*