UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>POWER SERVICES INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>HANOVER INSURANCE COMPANY<br>Defendant. | Civ. Action No.: 1:07-CV-00304 |

**CONSENT MOTION TO CONTINUE DATE FOR CONDUCTING
POST-DISCOVERY STATUS CONFERENCE**

Plaintiff, United States of America for the use and benefit of Power Services Incorporated ("PSI" or "Plaintiff") and Defendant Hanover Insurance Company ("Hanover" or "Defendant"), by and through their undersigned counsel, hereby submit together their Consent Motion to Continue Date for Conducting Post-Discovery Status Conference ("Consent Motion"), and state as follows:

1. A Post-Discovery Status Conference is scheduled in this matter for Friday, October 19, 2007.

2. As a result of the recent death of an individual employed by the Plaintiff and intricately involved in this matter, Plaintiff is not in a position to conduct the activities necessary in preparation for the Post-Discovery Status Hearing scheduled for Friday, October 19, 2007.

3. Defendant has agreed that a stay of the Post-Discovery Status Hearing, scheduled for Friday, October 19, 2007 would be proper.

4. Neither party will be prejudiced by a short extension of the date for the status conference.

WHEREFORE, the parties respectfully request that the Post-Discovery Status Hearing in

this matter be re-sechduled for the morning of November 5, 2007, November 6, 2007 or November 9, 2007.

Dated: October 19, 2007                    POWER SERVICES INCORPORATED

                                                        By Counsel

/s/ Abiye Tibebe_____
Abiye Tibebe
Quagliano & Seeger, P.C.
21355 Ridgetop Circle, Suite 110
Dulles, Va. 20166
Telephone:    (571) 434-7590
Facsimile:    (571) 434-9006
Email: atibebe@quagseeg.com
*Counsel for Plaintiff,*
*Power Services Incorporated*


/s/ Dawn Stewart_____
Dawn C. Stewart
Stewart & Henry, PLLC
1005 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
Telephone:    (202) 772-1080
Facsimile:    (202) 521-0616
dstewart@stewarthenrylaw.com
*Counsel for Defendant,*
*Hanover Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2007, a true and correct copy of the foregoing consent motion was electronically mailed:

>Dawn C. Stewart
>Stewart & Henry, PLLC
>1005 Connecticut Avenue, N.W.
>Suite 1000
>Washington, D.C. 20036

>*/s/ Abiye Tibebe*_____
>Abiye Tibebe

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
**UNITED STATES OF AMERICA**      )
**FOR THE USE AND BENEFIT OF**   )
**POWER SERVICES INCORPORATED** )
                                                        )
        **Plaintiff,**           )
                                                        )
**v.**                                              )   **Civ. Action No.: 1:07-CV-00304**
                                                        )
**HANOVER INSURANCE COMPANY** )
        **Defendant.**        )
_____)


**O R D E R**

A Post-Discovery Status Hearing is scheduled for Friday, October 19, 2007 in this matter. Upon consideration of the Consent Motion to Continue Date for Conducting Post-Discovery Status Conference submitted by the parties on October 18, 2007, it is by the Court,

**ORDERED**, that the Post-Discovery Status Hearing in this matter be re-sechduled for the morning of _____.


**ENTERED**, this _____ day of October, 2007.


                                                                   _____

**SEEN AND AGREED:**

*/s/ Abiye Tibebe*_____
Abiye Tibebe (VSB No. 74342)
QUAGLIANO & SEEGER, P.C.
21355 Ridgetop Circle, Suite 110
Dulles, Va. 20166
Telephone:    (571) 434-7590
Facsimile:    (571) 434-9006
*Counsel for Plaintiff/Counter-Defendant, Power Services Incorporated*

**SEEN AND AGREED:**

*/s/ Dawn Stewart*_____
Dawn C. Stewart
Stewart & Henry, PLLC
1005 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
Telephone:    (202) 772-1080
Facsimile:    (202) 521-0616
dstewart@stewarthenrylaw.com
*Counsel for Defendant, Hanover Insurance Company*