**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| **FOR THE USE AND BENEFIT OF** ) | | |
| **POWER SERVICES INCORPORATED** ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civ. Action No.: 1:07-CV-00304 | |
| ) | | |
| **HANOVER INSURANCE COMPANY** ) | | |
| Defendant. ) | | |
| ) | | |

**PRAECIPE / NOTICE**

PLEASE TAKE NOTICE that the United States of America for the use and benefit of Power Services Incorporated ("PSI" and/or "Plaintiff") and Defendant Hanover Insurance Company ("Defendant" and/or "Hanover")(collectively "the Parties") have reached an agreement in principle settling this matter. The Parties intend to submit their Stipulation and Proposed Order for Dismissal within fifteen (15) days.

WHEREFORE, the Parties respectfully request that the Court cancel the Post-Discovery Status Conference scheduled for Friday, November 9, 2007.

DATED:  November 8, 2007            Respectfully submitted,

                                                                **QUAGLIANO & SEEGER, P.C.**

                                                        */s/ Abiye Tibebe*
                                                        Abiye Tibebe (D.C. # 502484)
                                                        Quagliano & Seeger, P.C.
                                                        21355 Ridgetop Circle, Suite 110
                                                        Dulles, Va. 20166
                                                         Telephone:    (571) 434-7590
                                                        Facsimile:      (571) 434-9006
                                                         Email: atibebe@quagseeg.com
                                                        *Counsel for Plaintiff*
                                                        *Power Services Incorporated*

        /s/ Dawn E. Stewart
Dawn C. Stewart (D.C. # 458555)
Stewart & Henry, PLLC
1005 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
Telephone:    (202) 772-1080
Facsimile:    (202) 521-0616
dstewart@stewarthenrylaw.com
*Counsel for Defendant Hanover Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing PRAECIPE / NOTICE was delivered on November 8, 2007, by electronic filing, to:

    Dawn C. Stewart
    Stewart & Henry, PLLC
    1005 Connecticut Avenue, N.W.
    Suite 1000
    Washington, D.C. 20036


        /s/ Abiye Tibebe