UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>f/u/b/o POWER SERVICES, INC. )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**HANOVER INSURANCE COMPANY,** )<br>)<br>    **Defendant.** )<br>_____ ) | Civil Action No. 07-304 (RWR) |

## ORDER

Counsel for the plaintiff and the defendant in this case notified the court that the parties have reached a settlement. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 8th day of November, 2007.

                                                               /s/
                                       RICHARD W. ROBERTS
                                       United States District Judge