UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>FOR THE USE AND BENEFIT OF )<br>POWER SERVICES INCORPORATED )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HANOVER INSURANCE COMPANY )<br>Defendant. )<br>) | FILED<br>NOV 2 6 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civ. Action No.: 1:07-CV-00304 |

### STIPULATION AND ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Plaintiff, the United States of America for the use and benefit of Power Services Incorporated ("PSI" and/or "Plaintiff") and Defendant Hanover Insurance Company ("Defendant" and/or "Hanover") (collectively "the Parties"), by counsel, hereby stipulate and agree as follows.

In consideration of the mutual promises contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, PSI and Hanover hereby agree that:

1. <u>Payment by Hanover to PSI</u>:  In addition to the amount of One Hundred Thirteen Thousand Dollars $113,000 that Hanover has already paid to PSI, Hanover shall pay by a check made payable from the Attorney Trust Account of Stewart & Henry, PLLC, to PSI, on or before the business day that is twenty (20) business days after the Parties execute this Agreement, the sum of Twenty-Six Thousand Dollars ($26,000.00).

2. <u>Release by PSI</u>:  In exchange for the payment specified in paragraph 1 above, PSI hereby waives and releases any and all claims, causes of action or warranty rights against

1

Hanover and/or its predecessors, parents, affiliates, subsidiaries, related entities, divisions, directors, officers, shareholders, employees, agents, attorneys, successors, and assigns, which arise from or relate to the Subcontract and/or the Project in this Litigation.

3. <u>Release by Hanover</u>: In exchange for the dismissal with prejudice to be executed according to the terms and conditions herein, Hanover hereby waives and releases and promises never to assert in any forum any and all claims, causes of action or warranty rights that it has, or might have, whether known or unknown, against PSI and/or its predecessors, parents, affiliates, subsidiaries, related entities, divisions, directors, officers, shareholders, employees, agents, attorneys, successors, and assigns, which arise from or relate to the Subcontract and/or the Project in this litigation.

4. <u>Assignment of Rights</u>: PSI hereby assigns all of its rights, title and interest in any claim PSI may have against Hanover, Highland Renovation Corporation and/or the Military Personnel Services Corp. arising from or relating to the Subcontract and/or the Project in this litigation.

5. <u>Dismissal of Litigation With Prejudice</u>: Subject to Hanover's compliance with the terms in paragraph 1 above, the Parties hereby execute and file this Stipulation and Order of Dismissal requesting the court to dismiss the Litigation with prejudice.

6. <u>Representation of Authority to Settle</u>: Each of the individuals signing this Stipulation and Order of Dismissal represents and affirms that he or she has the requisite authority to execute this Stipulation and Order of Dismissal on behalf of the entity for whom he or she is signing this Stipulation and Order of Dismissal.

7. <u>Successors and Assigns</u>: The terms of this Agreement shall attach to and be binding upon and fully enforceable against the respective parties' successors and assigns.

8.    <u>Jurisdiction</u>:    The Court shall retain jurisdiction to enforce the terms of this Stipulation and Order of Dismissal.

9.    <u>Attorneys' Fees:</u>    In any litigation or arbitration between the Parties to enforce this Stipulation and Order of Dismissal, the prevailing party shall be entitled to reasonable attorneys' fees and all costs of proceedings, experts, investigations, and related expenses incurred in enforcing or pursuing other remedies with respect to this Stipulation and Order of Dismissal.

**WHEREFORE, IT APPEARING TO THE COURT** that the Parties have agreed, as evidenced by the endorsement of counsel below, that this case should be dismissed without prejudice at this time, but should be dismissed with prejudice forty-five (45) after entry of this order; and

**IT FURTHER APPEARING TO THE COURT** that Parties have settled all claims in this action under the terms described above and that there are no other affirmative claims by any party that remain pending, it is hereby

**ADJUDGED, ORDERED and DECREED** that the Complaint herein is dismissed without prejudice; and

**IT IS FURTHER ADJUDGED, ORDERED and DECREED** that the Complaint herein is dismissed with prejudice forty-five (45) days after the entry of this order if counsel for the Plaintiff has not re-filed the Complaint with this court by that time; and

**IT IS FURTHER ADJUDGED, ORDERED and DECREED** that any and all statutes of limitations for filing the claims stated in the Complaint shall be tolled until sixty (60) days after the entry of this order.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:    November __21__, 2007

**SEEN AND AGREED:**


_____/s/ Abiye Tibebe_____
Abiye Tibebe (VSB No. 74342)
QUAGLIANO & SEEGER, P.C.
21355 Ridgetop Circle, Suite 110
Dulles, Va. 20166
Telephone:    (571) 434-7590
Facsimile:    (571) 434-9006
atibebe@quagseeg.com
*Counsel for Plaintiff Power Services Incorporated*


_____/s/ Dawn C. Stewart_____
Dawn C. Stewart
Stewart & Henry, PLLC
1050 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
Telephone:    (202) 772-1080
Facsimile:    (202) 521-0616
dstewart@stewarthenrylaw.com
*Counsel for Defendant Hanover Insurance Company*